435 A.2d 270

Commonwealth v. Kile, Appellant.

Submitted December 5, 1980. Mark A. Hutchinson, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Order affirmed.